UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Unum Life Insurance Company of America, | Case No. 12-14792 |
| Plaintiff, | Hon. Robert H. Cleland |
| v. | |
| Beth Gonzales | |
| Defendant. | |

Neil J. Marchand (P73118)
Jacob L. Carlton (P84859)
MILLER JOHNSON
Attorneys for Defendant
45 Ottawa Ave. SW, Suite 1100
Grand Rapids, MI  49503
(616) 831-1700
(616) 831-1701 (fax)
marchandj@millerjohnson.com
carltonj@millerjohnson.com

## Order and Judgment

For the reasons stated in Plaintiff's motion to renew the judgment (ECF No.9), the Court hereby grants Plaintiff's motion and enters judgment against Defendant in favor of Plaintiff in the amount of $59,600.15, plus interest.

Dated:  January 18, 2023                         s/Robert H. Cleland
                                                                    Hon. Robert H. Cleland

MJ_DMS 35926815v1 92470-303